SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOLDEN STATE SUPPLY, et. al.,<br><br><br>　　　　Defendants | Case No.: CIV.S 08-cv-02561-FCD-GGH<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF DAVID MCCARTNEY AND ORDER**<br><br>Complaint Filed: October 28, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (David McCartney) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (David McCartney) is dismissed because Plaintiff and Defendant have settled their matter.

Dated: December 5 2008               /s/Scott N. Johnson_____
                                     SCOTT N. JOHNSON
                                     Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL AND ORDER
                                   CIV: S-08-02561-FCD-GGH

1  **IT IS SO ORDERED**.

3  Dated: December 5, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE