SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN STATE SUPPLY, et. al,<br><br>Defendants | Case No.: CIV.S 08-02561-FCD-GGH<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF GOLDEN STATE SUPPLY AND ORDER**<br><br>Complaint Filed: OCTOBER 28, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Golden State Supply) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (Golden State Supply) is dismissed because Plaintiff and Defendant have settled their dispute.

Dated: December 15, 2008                   /s/Scott N. Johnson_____
                                           SCOTT N. JOHNSON
                                           Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and ORDER
                                           CIV: S-08-02561-FCD-GGH

1 | **IT IS SO ORDERED**.

Dated: December 16, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE