SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN STATE SUPPLY, et. al.,<br><br>Defendants. | Case No.: CIV.S-08-cv-02561 FCD GGH<br><br>**ORDER FOR DISMISSAL OF MOHAMMED ABBAS ONLY**<br><br>Complaint Filed: OCTOBER 28, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Mohammed Abbas) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41(a)(2). This case is to be remained open with remaining Defendants. Defendant (Mohammed Abbas) is dismissed because Plaintiff and this Defendant have settled their dispute.

Dated: June 5, 2009                                       /s/Scott N. Johnson_____
                                                                        SCOTT N. JOHNSON
                                                                        Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: June 5, 2009                                       _____
                                                                        FRANK C. DAMRELL, JR.
                                                                        UNITED STATES DISTRICT JUDGE