SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br><br>GOLDEN STATE SUPPLY, et. al.,<br><br><br><br><br>Defendants. | Case No.: CIV.S-08-02561 FCD GGH<br><br>**STIPULATED DISMISSAL OF LUCY M. WHEELER; ORDER**<br><br>Complaint Filed: OCTOBER 28, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Lucy M. Wheeler) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendant. Defendant (Lucy M. Wheeler) is dismissed because Plaintiff and this Defendant have settled their dispute.


Dated: October 28, 2009                          /s/Scott N. Johnson_____
                                                 SCOTT N. JOHNSON
                                                 Attorney for Plaintiff


Dated: October 28, 2009                          /s/Steven Benjamin_____
                                                 STEVEN BENJAMIN
                                                 Attorney for Defendant,
                                                 LUCY M. WHEELER

1

1     **IT IS SO ORDERED**.

3   Dated: October 29, 2009

                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE