IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                        No. CIV S-08-2561 FCD GGH

  vs.

GOLDEN STATE SUPPLY, et al.,

      Defendants.                   ORDER

_____/

        Plaintiff's motion for default judgment against defendant Urbano Torar presently is calendared for hearing on December 3, 2009.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The December 3, 2009 hearing on the motion for default judgment, filed November 3, 2009, is vacated; and

        2. The motion is submitted on the record.

DATED: November 23, 2009        /s/ Gregory G. Hollows

                                             U. S. MAGISTRATE JUDGE

GGH:076:Johnson2561.vac.wpd