UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Scott N. Johnson**

     **v.**

**Golden State Supply, et al.**

_____

**DEFAULT JUDGMENT**

Case No. CIV S-08-2561 FCD GGH

       **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant in the amount of $8,000.00:

       **Urbano Torar**

March 16, 2010

VICTORIA C. MINOR, CLERK

By:   /s/ K. Engbretson
K. Engbretson, Deputy Clerk